## Martin Schneider, Appellee, v. Carrie Danièlly, Appellant.

**Gen. No. 45,454.** 

Clarence R. Middleton, for appellant; no appearance for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed September 26, 1951; released for publication November 15, 1951.